No. 72–5118.  MARTIN *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1133.  UPPER PECOS ASSN. *v.* PETERSON, SECRETARY OF COMMERCE, ET AL.  C. A. 10th Cir.  [Certiorari granted, 406 U. S. 944.]  Upon consideration of memorandum for respondents suggesting mootness and brief in opposition thereto, judgment vacated and case remanded to determine whether case has become moot. MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.

No. A–360 (72–730).  MARKLE ET AL. *v.* ABELE ET AL. D. C. Conn.  Motion to vacate stay heretofore granted by the Court on October 16, 1972 [*ante,* p. 908], denied.

No. A–457.  BORKENHAGEN *v.* UNITED STATES.  C. A. 7th Cir.  Application for stay and/or bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS would grant the stay. 468 F. 2d 43.

No. 58, Orig.  AMERICAN PARTY ET AL. *v.* NEW YORK ET AL.  Motion for leave to file bill of complaint denied.

No. 71–1043.  HELLER *v.* NEW YORK.  Ct. App. N. Y. [Certiorari granted, 406 U. S. 916.]  Motion of Charles H. Keating, Jr., to file untimely brief as *amicus curiae* in support of respondent granted.

---

*For reference to Court's order prescribing Rules of Evidence for United States Courts and Magistrates, Amendments to the Federal Rules of Civil Procedure, and Amendments to the Federal Rules of Criminal Procedure, see *post,* p. 1132.